UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUREN PULLMAN,

    Plaintiff,
v.                                        Case No. 8:22-cv-2720-VMC-JSS

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

**ORDER**

This matter becomes before the Court pursuant to the Joint Motion for Extension of Time (Doc. # 61), filed on June 1, 2023.

On December 29, 2022, the Court entered its Scheduling Order. (Doc. # 21). Therein, the Court directed the parties to serve upon each other by April 14, 2023, "[a]ll documents in [their] possession, custody, or control that relate to the consumer report, adverse employment action, and/or disputed information at issue in this action, along with all documents and/or communications, whether sent or received, between Plaintiff and Defendant regarding the alleged violation." (Id. at 1–2). The Court further ordered Plaintiff and Defendants to file on the docket Answers to the Court's Interrogatories by May 1, 2023, and May 15, 2023,

1

respectively. (Id. at 2-3). The Court also ordered mediation to occur no later than June 13, 2023. (Id. at 3).

At the time of this Order, only two Defendants presently remain in this case: Wells Fargo Bank, N.A. and Jovia Financial Credit Union. Jovia was served with the amended complaint on April 25, 2023 (Doc. # 50) and filed its answer to the complaint on May 19, 2023. (Doc. # 59). Because of Jovia's recent appearance in the case, parties filed a joint motion to reschedule the mediation set for June 5, 2023, and extend the time for the parties to exchange pre-mediation discovery until August 31, 2023. (Doc. # 61). The Court permitted the parties to cancel the mediation and advised that a separate order setting forth the scheduling order deadlines was forthcoming. (Doc. # 62). The Court now extends the deadlines as set forth below.

As an initial matter, the Court notes that while Wells Fargo has served upon Plaintiff Lauren Pullman the documents required by the Court's Scheduling Order (Doc. # 49), it has not filed its Answers to the Court's Interrogatories on the docket as required. Likewise, while Ms. Pullman has filed a certificate of compliance indicating she has served a copy of her Answers upon counsel for Wells Fargo (Doc. # 51), she has similarly failed to comply with the requirement to file the

Answers on the docket. Thus, the Court directs Ms. Pullman and Wells Fargo to file their Answers to the Court's Interrogatories on the docket by June 28, 2023.

With respect to the parties' motion to extend the discovery deadlines, the Court does so as follows: all documents in Plaintiff Lauren Pullman and Defendant Jovia's possession, custody, or control that relate to the consumer report, adverse employment action, and/or disputed information at issue in this action, along with all documents and/or communications, whether sent or received, between Plaintiff and Defendant regarding the alleged violation, shall be served upon each other by August 1, 2023; Ms. Pullman shall serve upon Jovia answers to the Court's interrogatories by July 15, 2023; and Jovia shall serve upon Ms. Pullman and file with the Court answers to the Court's interrogatories by August 15, 2023.

The Court extends the mediation deadline to September 21, 2023, with mediation to occur on that date. The Court cautions the parties that it will not consider any further extensions of these deadlines.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Scheduling Order deadlines are extended as set forth above.

(2)   By June 28, 2023, Plaintiff Lauren Pullman and Defendant Wells Fargo Bank, N.A. are directed to file on the docket their Answers to the Court's Interrogatories.

(3)   By June 28, 2023, the parties are directed to file an amended notice of mediation.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of June, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

4